## Commonwealth *v.* Campbell, Appellant.

808

Argued September 18, 1973. *Irwin Lee Gross,* with him *Nissenbaum, Gross and Rudolph,* for appellant; *Louis A. Perez, Jr.,* Assistant District Attorney, with him *James T. Ranney* and *Milton M. Stein,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.